IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE D. SOUTHARD, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:22-cv-332-ECM |
| | ) | (WO) |
| J. DODSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION and ORDER

On April 12, 2023, the Magistrate Judge entered two Recommendations (docs. 23 and 24) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendations, it is

ORDERED as follows:

1. The Recommendations of the Magistrate Judge are ADOPTED.

2. Southard's claims against Defendant J. Dodson are DISMISSED without prejudice for the Plaintiff's failure to prosecute and abide by the orders of the Court.

3. Southard's claims against Defendant Valenza are DISMISSED without prejudice for the Plaintiff's abandonment of those claims.

4. Defendant Valenza's motion to dismiss (doc. 10) is DENIED as moot.

5. This case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

Done this 3rd day of May, 2023.

        /s/ Emily C. Marks
        EMILY C. MARKS
        CHIEF UNITED STATES DISTRICT JUDGE